1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    JESSE MANNY CANEZ,                 CASE NO. 1:10-cv-02065-OWW-SKO PC

10                Plaintiff,         ORDER DENYING MOTION TO
                                    AMEND AS UNNECESSARY AND

11       v.                            STRIKING DUPLICATIVE MOTION
                                      TO AMEND

12    OLIVER,

13                Defendant.        (Docs. 8 and 10)

14 _____/

15        Plaintiff Jessy Manny Canez, a prisoner proceeding pro se and in forma pauperis, filed this

16 civil rights action pursuant to 42 U.S.C. § 1983 on November 8, 2010.  On December 17, 2010,

17 Plaintiff filed a motion seeking leave to amend, and on March 8, 2011, Plaintiff filed a duplicative

18 motion to amend.

19        Plaintiff has not previously amended and may amend once as a matter of right at this stage

20 in the proceedings.  Fed. R. Civ. P. 15(a)(1).  Because Plaintiff does not need leave of court to file

21 an amended complaint, his motion is HEREBY DENIED as unnecessary.  Plaintiff's duplicative

22 motion to amend is STRICKEN from the record.

23

24 IT IS SO ORDERED.

25 **Dated:    April 8, 2011**               **/s/ Sheila K. Oberto**
                                  UNITED STATES MAGISTRATE JUDGE

26
27
28